IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1168-JLK (consolidated with 07-cv-1190)**

**NATIONAL INTERNET CORPORATION, d/b/a WSI ICE**,

    Plaintiff,

v.

**KALAF ENTERPRISES CORPORATION,**

    Defendant.

# ORDER OF TRANSFER AND CONSOLIDATION

Kane, J.

Consistent with my rulings from the bench on this date, related case no. **07-cv-1190-WYD** is TRANSFERRED to me and CONSOLIDATED with case no. **07-cv-1168-JLK** for all purposes.

Dated this 8th day of June, 2007.

BY THE COURT:

*S/John L. Kane*
Senior Judge, United States District Court

Dockets.Justia.com